■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v
RICKY-JO MAHONEY, Appellant. [972 NYS2d 921]—Appeal by the
defendant from an amended judgment of the County Court,
Dutchess County (Greller, J.), rendered January 5, 2012, revok-
ing a sentence of probation previously imposed by the same
court (Hayes, J.), upon a finding that he violated conditions
thereof, upon his admission, and imposing a sentence of
imprisonment upon his previous conviction of criminal contempt
in the first degree.

Ordered that the amended judgment is affirmed.

Contrary to the defendant's contention, "the court made a
sufficient inquiry into defendant's complaints concerning the al-
leged lack of communication between defendant and defense
counsel. The court 'repeatedly allowed defendant to air his
concerns about defense counsel, and after listening to them rea-
sonably concluded that defendant's vague and generic objec-
tions had no merit or substance' " (*People v Reese*, 23 AD3d
1034, 1035 [2005], quoting *People v Linares*, 2 NY3d 507, 511
[2004]). Also contrary to the defendant's contention, defense
counsel at no point took a position adverse to the defendant's
interests (*cf. People v Vega*, 88 AD3d 1022, 1022-1023 [2011]). In
sum, the defendant was not deprived of meaningful representa-
tion (*see generally People v Benevento*, 91 NY2d 708, 712 [1998];
*People v Baldi*, 54 NY2d 137, 146-147 [1981]). Skelos, J.P.,
Dickerson, Lott and Austin, JJ., concur.